UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,
*ex rel* John Doe

    Plaintiff,                                                                  No. 02-70127

v.                                                                                       Hon. Nancy G. Edmunds

Rodney Cooper, a/k/a R.J. Cooper,
Scott Cooper, R.J. Cooper Company, Inc.,
R.J. Cooper and Associates, Inc.,
Dynamic Medical Products and Services
of Michigan, and Great Lakes Restorative,

    Defendants.
_____/

United States of America,

    Plaintiff,                                                                  No. 05-70669

v.                                                                                       Hon. Nancy G. Edmunds

Rodney Cooper, a/k/a R.J. Cooper,
Scott Cooper, R.J. Cooper Company, Inc.,
R.J. Cooper and Associates, Inc.,
Dynamic Medical Products and Services
of Michigan, and Great Lakes Restorative,

    Defendants.
_____/

**ORDER OF CONSOLIDATION AND
ADMINISTRATIVE CLOSING OF 05-70669**

    The Court may order consolidation of separate cases pursuant to Fed. R. Civ. P. 42(a) which provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The purpose of this permissive rule is to promote convenience and judicial economy. Thus, "[i]f two cases appear to this court to be of like nature and relative to the same question, if a joint trial of

them would avoid unnecessary costs and delay, and it is reasonable to try them together, it is within this court's discretionary power to order consolidation." Midwest Community Council, Inc. v. Chicago Park District, 98 F.R.D. 491, 499-500 (N.D. Ill. 1983) (citing Mutual Life Ins. Co. v. Hillmon, 145 U.S. 285, 292 (1892)). Moreover, "[t]he fact that . . . the issue of consolidation is raised by the court sua sponte, is not dispositive." Id. at 500.

These cases satisfy Rule 42(a)'s requirements for consolidation. Accordingly, the court hereby CONSOLIDATES case numbers 02-70127 AND 05-70669. All subsequently filed pleadings shall be entered under the lower case number of 02-70127, and 05-70669 is closed for administrative purposes only.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 29, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2006, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager

2